JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACIO LINDSEY, JR., | Case No. 5:19-000585 VAP (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| R.C. JOHNSON, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Dismissing Second or Successive Federal Habeas Petition and Denying Certificate of Appealability, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: May 28, 2019

_____
HONORABLE VIRGINIA A. PHILLIPS
United States District Judge